IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:04CR3083 |
| RANETTE D. BECKER, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Disposition Hearing, filing 54, now set for February 8, 2011, at 12:00 noon until a date certain in approximately 90 days. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 10th day of May, 2011, at 1 p.m. The Defendant is ordered to appear at such time.

Dated this 3rd day of February, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge