IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:04CR3083 |
| RANETTE D. BECKER, | ) |
| Defendant. | ) |

### ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Disposition Hearing, filing 58, now set for May 10, 2011, at 1:00 p.m. until a date certain in approximately 90 days. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 10th day of August, 2011, at 1:00 p.m. The Defendant is ordered to appear at such time.

Dated this 27th day of April, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge