IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:04CR3083 |
| | ) | |
| RANETTE D. BECKER, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

THIS MATTER comes before the Court on defendant's oral motion to review detention.  This Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall be released from the custody of the United States Marshal for transportation by the Federal Defender's Office directly to St. Monica's, Lincoln, NE, to arrive at the facility no later than 10:00 a.m. on Monday, June 6, 2011.  Ms. Becker is ordered to immediately report to the United States Probation Office upon her successful or unsuccessful discharge from St. Monica's.

All other conditions of Ms. Becker's supervised release, not inconsistent with this Order, shall remain in effect.

Dated this 3rd day of June, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge